ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 12:31 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00020-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 12:31:17 PM
CHRISTOPHER A. PRINE
Clerk

STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE; SITELINK SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND PROPERTY FIRST GROUP, LP,
*Appellants,*

*V.*

SAFELEASE INSURANCE SERVICES, LLC,
*Appellee.*

*On Appeal from the*
*Third Division of the Texas Business Court*

## MOTION FOR EXTENSION OF TIME TO FILE
## BRIEF FOR APPELLEE

JUDD E. STONE II
  State Bar No. 24076720
CHRISTOPHER D. HILTON
ARI CUENIN
CODY C. COLL
ALEXANDER M. DVORSCAK
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, Texas 78701
judd@stonehilton.com
(737) 465-7248

*Counsel for Appellee*

**TO THE HONORABLE COURT OF APPEALS:**

Plaintiff-Appellee SafeLease Insurance Services, LLC requests a 20-day extension of the time in which to file its responding brief in this Court. No previous extensions have been granted. Appellee's Brief in Response is currently due on Wednesday, May 7, 2025. TEX. R. APP. P. 38.6(b).

Under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee requests a 20-day extension of time in which to file its Brief in Response, which would make the new deadline Tuesday, May 27, 2025. This extension is needed because of the press of other business in which the undersigned counsel has impending trial and appellate court deadlines, including:

- Amicus Briefs, *Doe v. Trump*, No. 25-1169 (1st Cir.), and *New Jersey v. Trump*, No. 25-1170 (1st Cir.), due April 28, 2025;

- Responses to three Motions to Dismiss, *Coast Runner, Inc. v. Kickstarter, PBC, et al.*, No. 7:24-cv-326 (W.D. Tex.), due May 2, 2025;

1

- Response to Motion to Transfer, *Coast Runner, Inc. v. Kickstarter, PBC, et al.*, No. 7:24-cv-326 (W.D. Tex.), due May 2, 2025;

- Motion to Dismiss under anti-SLAPP law, *Media Matters for Am., et al. v. X Corp., et al.*, No. 3:25-CV-02397-VC (N.D. Cal.), due May 12, 2025;

- Appellant's Opening Brief, *Media Matters for Am., et al. v. X Corp., et al.*, No. 25-2463 (9th Cir.), due May 14, 2025; and

- Petition for Review, *Com. Statler Dev., LLC, et al. v. Aquatherm GmbH*, No. 25-0315 (Tex.), due May 21, 2025.

This extension is not requested merely for delay, but rather so that justice may be done. This motion is unopposed.

## CONCLUSION AND PRAYER

Appellee respectfully requests that the Court grant a 20-day extension of time in which to file a Brief in Response.

Respectfully submitted.

April 25, 2025

/s/ *Judd E. Stone II*
Judd E. Stone II
Christopher D. Hilton
Ari Cuenin
Cody C. Coll
Alexander M. Dvorscak
**STONE HILTON PLLC**
600 Congress Ave.
Suite 2350
Austin, Texas 78701
judd@stonehilton.com
(737) 465-7248

*Counsel for Appellee*

### CERTIFICATE OF SERVICE

On April 25, 2025, this document was electronically filed and served on all counsel.

/s/ *Cody C. Coll*
Cody C. Coll

### CERTIFICATE OF CONFERENCE

On April 24, 2025, I conferred with Justin Bernstein, appellate counsel for Appellants, via email. Counsel stated the relief requested herein is unopposed.

/s/ *Cody C. Coll*
Cody C. Coll

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Judd Stone
Bar No. 24076720
rosie@stonehilton.com
Envelope ID: 100097522
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Brief for Appellee
Status as of 4/25/2025 12:59 PM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 4/25/2025 12:31:17 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 4/25/2025 12:31:17 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 4/25/2025 12:31:17 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 4/25/2025 12:31:17 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 4/25/2025 12:31:17 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 4/25/2025 12:31:17 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 4/25/2025 12:31:17 PM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 4/25/2025 12:31:17 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 4/25/2025 12:31:17 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalinda Luna on behalf of Judd Stone
Bar No. 24076720
rosie@stonehilton.com
Envelope ID: 100097522
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Brief for Appellee
Status as of 4/25/2025 12:59 PM CST

Associated Case Party: Storable, Inc.

| Jonna Summers | | jsummers@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
|---|---|---|---|---|
| Lakshmi Kumar | | lkumar@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 4/25/2025 12:31:17 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 4/25/2025 12:31:17 PM | SENT |